IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELDRICH BROWN                                                                              PLAINTIFF

VS.                           CASE NO. 3:06CV00096 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this case is reversed and remanded for action consistent with the opinion.

SO ADJUDGED this 28th day of September, 2007.

_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE